Louis J. Hershkowitz, Respondent, v. Grace B. Knipe, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

John J. Hoffman and Others, Respondents, v. Tempa E. Dyruff, Appellant, Respondent; Harry F. Dyruff, Defendant; Bernheim Contracting Co., Inc., and Herman Kishner, Appellants.— Motion for leave to file *nunc pro tunc* stipulation reducing award granted. [See 259 App. Div. 837, 838.] Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of Joseph E. Deady, an Attorney and Counselor at Law, Respondent.— Motion for reinstatement as an attorney and counselor at law granted. [See 259 App. Div. 889.] Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Application of Hammel Station Estates, Inc., Appellant, for a Declaratory Judgment against The Long Island Rail Road Company, Separately and the Successor in Interest to The New York and Rockaway Beach Railway Company, William G. Fullen, Chairman, Reuben L. Haskell and M. Maldwin Fertig, Transit Commissioners, Constituting The Transit Commission of the State of New York, and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of Proving the Last Will and Testament of Louisa Augustine Mellot, etc., as a Will of Real and Personal Property. Arthur Fol and Others, Appellants; Norman M. Macnamara, as Executor Named in the Last Will and Testament of Louisa Augustine Mellot, etc., Deceased, and Others, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Application of Brooklyn Bar Association in Respect of Anthony I. Scala, an Attorney and Counselor at Law, and Joseph J. Ashton, Admitted as an Attorney and Counselor at Law under the Name of Joseph J.